LUCIEN S. CRANDALL, Appellant, *v.* ERNEST R. BARRON et al., as Executors, etc., Respondents.

(Argued June 22, 1891; decided October 6, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made September 13, 1890, which reversed a judgment in favor of plaintiff entered upon a verdict, and reversed an order denying a motion for a new trial.

*William P. Goodelle* for appellant.

*A. P. Smith* for respondents.

Agree to affirm, and for judgment absolute against the appellant, with costs; no opinion.
All concur.
Ordered accordingly.

---

In the Matter of Proving the last Will and Testament of SARAH GRAY, Deceased.

(Submitted June 22, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1889, which affirmed a decree of the surrogate of Suffolk county admitting to probate the last will and testament of Sarah Gray, deceased.

*E. A. Carpenter* for appellants.

*Timothy M. Griffing* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.